UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
WILLIAM E. LANCELLOTTI,              )
                                    )
         Plaintiff,                  )
                                    )
    v.                               )   C.A. No. 13-029-S
                                    )
GGP – PROVIDENCE PLACE, LLC,         )
Et al.,                              )
                                    )
         Defendants.                 )
_____)

**ORDER**

On July 27, 2015, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 70) recommending that Defendant DTZ, Inc.'s Motion for Summary Judgment (ECF No. 54) be denied. No objections to the R&R were filed, and the time for doing so has passed. Because this Court agrees with Judge Almond's analysis, the R&R is hereby ADOPTED pursuant to Title 28 U.S.C. § 636(b)(1). Accordingly, Defendant DTZ, Inc.'s Motion for Summary Judgment is hereby DENIED.

IT IS SO ORDERED.

/s/ W.E. Smith
_____
William E. Smith
Chief Judge
Date: October 27, 2015